# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR252 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS ECHEVESTE-GAMA and | ) | ORDER |
| JAIME GUITRON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now pending before the court are the motions of defendants Echeveste-Gama and Guitron to extend time in which to file pretrial motions (#30 & #36). Echeveste-Gama has filed a waiver of speedy trial in accordance with NECrimR 12.3. For good cause shown, I find that the motions should be granted.

**IT IS ORDERED** that defendant's motions (#30 & #36) are granted, as follows:

1. Defendants' deadline for filing pretrial motions is extended from July 20, 2005 to **September July 5, 2005**.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 20, 2005 and September 2, 2005,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Defendant Guitron shall file a waiver of speedy trial as soon as is practicable.

**DATED July 21, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**