IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 8:05CR252** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **CARLOS ECHEVESTE-GAMA,** ) | |
| ) | |
| **Defendant.** ) | |

This matter came before the court December 30, 2005 on defendant's Petition (#71) and Plea Agreement (#72). Nancy Svoboda appeared for the government and defendant's counsel, Adam Sipple, appeared. The defendant, Carlos Echeveste-Gama, did not appear. **IT IS ORDERED:**

1. On December 27, 2005 a Petition for Action (#73) was filed, and a warrant for defendant's arrest was issued. No further action will be taken at this time.

Dated this 3rd day of January 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge