IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR252 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS ECHEVESTE-GAMA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Before the Court is Attorney Adam J. Sipple's Motion to Withdraw [106] as attorney of record due to the fact that defendant Carlos Echeveste-Gama is presently a fugitive. Good cause being shown, I find that the motion should be granted. At the time of defendant's arrest, Adam J. Sipple will be re-appointed.

IT IS SO ORDERED.

DATED this 10th day of April, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge